# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **HONORABLE:** Rebecca Rutherford | **PRESIDING:** _____ |
| **DEPUTY CLERK:** L. Price | **COURT REPORTER/TAPE NUMBER:** FTR |
| **LAW CLERK:** _____ | **USPO:** _____ |
| **INTERPRETER:** _____ | **Date:** May 31, 2024 |

| | |
|---|---|
| Cr.No.3:24-cr-00201-E *SEALED* | DEFT. No._____ |
| UNITED STATES OF AMERICA § § | _Ryan Neidermair_, AUSA |
| v. § § | _Curt Crum_ |
| L V WILLIS (5) § | COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F) |

### ARRAIGNMENT/REARRAIGNMENT (circled)

Time in Court: __1h__

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered
☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial: _____
Hearing Concluded: ☐ Yes  ☐ No

☐ Defendant SWORN.
☑ Arraignment  ☐ Rearraignment – Held on Count(s) _1,2,3_
of the _3_ count(s) ☑ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint
☐ Sentencing Guidelines                                      ☐ Superseding Information
☐ Deft enters a pleas of  ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ Waiver of Jury Trial
☐ Waiver of Indictment filed
☐ Plea Agreement accepted   ☐ Court defers acceptance of Plea Agreement
☐ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☐ Factual Resume filed.
☐ Sentencing set   Date: _____ Time: _____
☐ Trial set for   Date: _____ Time: _____
Pretrial motions due: _____ Discovery motions/Government Responses due: _____
☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____
☐ Deft Bond  ☐ Set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐10%  ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond  ☐ continued  ☐ forfeited
☑ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

**U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED MAY 31 2024 CLERK, U.S. DISTRICT COURT By_____ Deputy**