# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **NO. 3:24-CR-00201-E** |
| | § | |
| **L V WILLIS (5)** | § | |
| *Defendant* | | |

## MOTION FOR CONTINUANCE OF TRIAL DATE AND ALL OTHER DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Defendant, L V WILLIS, through his attorney of record, Curt Crum, in the above entitled and numbered cause, and files this Motion for Contunace of Trial Date and all Other Deadlines:

I.

The case is set for Pretrial Conference on May 2, 2025, and Jury Trial on May 5, 2025.

II.

This Motion is not made for delay.  Good cause exists in that Counsel needs additional time to review the discovery, consult with Defendant, and to negotiate with the government to finalize this matter.

III.

In addition, Defendant requests such a continuance to exercise the right to effective assistance of counsel as guaranteed by the 6th Amendment to the United States Constitution.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests the Court to continue the current deadlines in this case.

Respectfully submitted,

BY:    /s/   Curt Crum
Curt Crum
Attorney for Defendant
Bar No. 24001949
One East Henderson
Cleburne, Texas 76031
Phone: (817) 645-1161
Fax: (817) 645-1149

## CERTIFICATE OF CONFERENCE

Counsel for the Defendant was able to confer with the Honorable John Kull, Assistant United States Attorney, about this motion on April 28, 2025, and was informed that the United States does not object to this motion.

   /s/   Curt Crum
Curt Crum

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of this Motion for Continuance was delivered via e-filing to the Honorable John Kull, Assistant United States Attorney, on April 28, 2025

   /s/   Curt Crum
Curt Crum

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **NO. 3:24-CR-00201-E** |
| | § | |
| **L V WILLIS (5)** | § | |
| *Defendant* | | |

# O R D E R

Upon motion of the Defendant, L V WILLIS, to continue in this case, and the Court having reviewed the facts and legal issues surrounding said motion, this Court hereby GRANTS/DENIES said motion. The Court orders this case to be reset to the _____ day of _____, 2025, at _____ \_\_\_\_\_.m.

SIGNED this \_\_\_\_ day of _____, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE