IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Case number: 3:24-CR-00201-E |
| | § | |
| L V WILLIS (5), | § | |
|    Defendant. | § | |

## ORDER ON MOTION FOR CONTINUANCE

The Court grants Defendant's Unopposed Motion to Continue Trial Setting filed **April 29, 2025 [ECF No. 94],** and the trial of this case is reset from **May 5, 2025 to August 4, 2025, at 9:00 a.m.** The Court finds that granting this motion for continuance serves the ends of justice. This period of delay shall be excluded in computing the time within which the trial must commence. The final pretrial conference is reset for **August 1, 2025 at 9:00 a.m.** Pretrial motions are due no later than **June 16, 2025**. Responses to pretrial motions are due no later than **June 30, 2025**. Any reply must be filed by **July 7, 2025**.

Additionally, this order is based on the Court's findings that: 1) failure to grant the motion for continuance would result in a miscarriage of justice; 2) it is unreasonable to expect adequate pre-trial proceedings or trial within the time limits of the Speedy Trial Act 18 U.S.C. § 3161-3174; 3) failure to grant the motion for continuance would otherwise deny the defendant the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence by counsel.

This Court allows counsel to conduct the bulk of voir dire. The following must be filed no later than **July 21, 2025**: 1) any specific voir dire questions, counsel wishes to have the Court ask

the venire panel; 2) any proposed jury instructions 3) all witness lists (with witnesses designated as "probable witnesses," "possible witnesses," "experts" and "record custodians"); 4) all exhibit lists (with courtesy copies of exhibits furnished to the Court and opposing parties); 5) and any motions in limine.

All other portions of the Court's Original Pre-trial order remain in effect.

**SO ORDERED.**

Signed the April 29, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS